

# UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

| | |
|---|---|
| **DATE:** | March 24, 2009 |
| **TO:** | Honorable Fredrick Block<br>Senior U.S. District Judge |
| **RE:** | U.S.A. -v- Stefanie Sickler<br>07-cr-64<br>**Request for a Bail Revocation Hearing** |

The above named defendant was arrested on January 21, 2007, in the Eastern District of New York and charged with Conspiracy to Possess and Distribute Cocaine, in violation of 21 U.S.C. 841 and 846. The defendant made her initial appearance before U.S. Magistrate Judge Go and was released on a $300,000 secured bond with the following conditions: 1) Travel is restricted to the Eastern and Southern Districts of New York, 2) No contact with any of the co-defendants except for Anthony Chinea, 3) Surrender passport and do not apply for a new one, 4) Random home and employment visits by Pretrial Services, 5) Report to Pretrial Services as directed, 6) Submit to random drug testing and treatment if Pretrial Services deems it necessary. The defendant entered a guilty plea on March 19, 2008, before U.S. Magistrate Judge Viktor V. Pohorelsky and she is scheduled to be sentenced before Your Honor on April 17, 2009.

On March 18, 2009, Pretrial Services received a call from the defendant advising that she had been arrested on March 17, 2009, for DWI in Kingston, New York. The defendant admitted that after she finished her shift as a waitress at Mahoney's Irish Pub & Steakhouse, she consumed four drinks and then attempted to drive home. She stated that she was pulled over by Police and was charged with DWI. She indicated that she was released the same night on her own recognizance. Ms. Sickler noted that her next court date is set for March 24, 2009. NCIC and local record checks revealed no information regarding the defendant's arrest.

This is the defendant's third arrest for DWI. According to NCIC and local record checks, the defendant was arrested on January 27, 2001, in Pico Rivera, California, for Driving Under the Influence of Alcohol/Drugs. The defendant was convicted upon a plea of guilty to DUI Alcohol, a misdemeanor and was sentenced to 3 years probation. On March 19, 2002 in Queens, New York the defendant was arrested for Driving While Intoxicated-1st Offense, and Refusal to Take a Breath Test. The defendant was convicted upon a plea of guilty to Driving While Intoxicated-1st Offense, a class U misdemeanor and was sentenced to time served, 3 years probation and license suspended for 6 months.

RE: Sickler, Stefanie
Docket No: 07-cr-64

While under Pretrial Supervision, the defendant has been reporting as required. All drug tests have been negative and she has maintained stable residence and employment. Ms. Sickler is the sole caretaker of her of her three year old daughter.

Based on this new arrest, Pretrial Services is requesting that a bail revocation hearing be held at the court's earliest convenience in order for the defendant to show cause as to why her bail should not be revoked. Pretrial Services has spoken with AUSA Shannon Jones and she agrees with Pretrial's recommendation. Pretrial Service has also contacted defense counsel, Ronald Acevedo, and notified him of this request.

Prepared by: _____
Donna Mackey
U.S. Pretrial Services Officer

Approved by: _____
Patrick Mancini
Supervising Pretrial Services Officer

cc: Shannon Jones, AUSA
　　Roland Acevedo, Defense Counsel

RE: Sickler, Stefanie
Docket No: 07-cr-64

__✓__ Request for a bail violation hearing is granted.

_____ Request for a bail violation hearing is denied.

Other instructions:_____
_____
_____

　　　s/FB
_____　　　　__April 2, 2009__
United States District Judge　　　　　　　　　Date